**ORDERED.**

**Dated: April 26, 2011**

_Eileen W. Hollowell_
_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| DOUGLAS BOYD CORBETT, | ) | Case No. 4:11-bk-11148-EWH |
| | ) | |
| Debtor. | ) | **MEMORANDUM DECISION** |
| _____ | ) | |

      The Debtor filed a voluntary pro se Chapter 13 case on April 20, 2011. The case has not been previously converted under 11 U.S.C. §§ 706, 1112, or 1208. On April 22, 2011 (DE 16), the Debtor filed a motion (the "Motion") to dismiss his case. Pursuant to 11 U.S.C. § 1307, and the foregoing reasons, the Debtor's Motion is GRANTED.

      Dated and signed above.

Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

Douglas Boyd Corbett
868 E. Julie Ave.
Queen Creek, AZ 85140

Dianne C. Kerns
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85741-2305

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003